UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON, et al., individually and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, et al.,<br><br>　　　　　Defendants. | Civil Action No. 2:19-cv-05230-JP<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Plaintiffs filed their Motion to Amend on September 2, 2021 (ECF 57-59);

WHEREAS, on September 9, 2021, the Court conducted a telephonic conference with the parties concerning the deadline to oppose said Motion;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, as follows:

　　1.　　Defendants do not oppose the Motion to Amend.

　　2.　　The parties agree that the proposed Second Amended Complaint (ECF 59-1) that is the subject of the Motion to Amend has no effect on the issues in the pending Motion to Dismiss filed by the NCAA and Non-Attended School defendants (ECF 26), and that the Court should proceed to rule on the latter.

　　3.　　No response to the proposed Second Amended Complaint need be filed before the 60th day following entry of the ruling on the pending Motion to Dismiss filed by the NCAA and Non-Attended School defendants.

4. If, on the date for a response to the Second Amended Complaint under Paragraph 3, there are pending any motions, petitions and/or proceedings related to interlocutory appeal of the Court's rulings either on the Motion to Dismiss of the Attended Schools (ECF 55-56), or the pending Motion to Dismiss filed by the NCAA and Non-Attended School defendants, no response to the proposed Second Amended Complaint need be filed until further order of the Court.

<div style="display: flex">

Dated: September 9, 2021

s/ Steven B. Katz .

John E. MacDonald
CONSTANGY, BROOKS, SMITH &
   PROPHETE, LLP
989 Lenox Drive
Suite 206 (2nd Floor)
Lawrenceville, New Jersey 08648
Telephone: (609) 454-0096
Facsimile: (609) 844-1102

Donald S. Prophete
   (admitted *pro hac vice*)
CONSTANGY, BROOKS, SMITH &
   PROPHETE, LLP
2600 Grand Boulevard, Suite 750
Kansas City, Missouri 64108-4600
Telephone: (816) 472-6400
Facsimile: (816) 472-6401

Steven B. Katz
   (admitted *pro hac vice*)
CONSTANGY, BROOKS, SMITH &
   PROPHETE, LLP
|2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630

*Counsel for Defendants.*

</div>

Dated: September 9, 2021

s/ Michael J. Willemin .

Michael J. Willemin
   (admitted *pro hac vice*)
Renan F. Varghese
   (admitted *pro hac vice*)
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212 257-6845

Paul L. McDonald (PA Bar No. 84856)
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
Telephone: (267) 238-3835
Facsimile: (267) 238-3801

*Counsel for Plaintiffs.*

-3-

PURSUANT TO STIPULATION,
IT IS SO ORDERED.


DATED:

_____
HON. JOHN R. PADOVA
UNITED STATES DISTRICT
JUDGE