Exhibit A

## CONSENT TO JOIN

I hereby consent to be a party plaintiff in a lawsuit against the National Collegiate Athletic Association (a/k/a the "NCAA") and private and semi-public NCAA Division I Member Schools seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*

I hereby designate Wigdor LLP and P L McDonald Law LLC to represent me in this lawsuit and to make decisions on my behalf concerning this lawsuit.

I understand that Wigdor LLP and P L McDonald Law LLC will petition the Court to award attorney fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

I understand reasonable costs expended by Wigdor LLP and P L McDonald Law LLC or third parties on my behalf may be deducted from any settlement or judgment amount on a pro rata basis among all plaintiff members of the collective.

*Ralph Johnson (Trey)*
Signature

10/15/19
Date

Ralph "Trey" Johnson
Print Name

**REDACTED**
Street Address

Tampa, FL, 34638
City, State, and Zip Code

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON individually and on behalf of all persons similarly situated,<br><br>                 Plaintiff,<br><br>  v.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools:<br><br>BUCKNELL UNIVERSITY,<br>DREXEL UNIVERSITY,<br>DUQUESNE UNIVERSITY,<br>FAIRLEIGH DICKINSON UNIVERSITY,<br>LA SALLE UNIVERSITY,<br>LAFAYETTE COLLEGE,<br>LEHIGH UNIVERSITY,<br>MONMOUTH UNIVERSITY,<br>PRINCETON UNIVERSITY,<br>RIDER UNIVERSITY,<br>ROBERT MORRIS UNIVERSITY,<br>SETON HALL UNIVERSITY,<br>SAINT FRANCIS UNIVERSITY,<br>SAINT JOSEPH'S UNIVERSITY,<br>SAINT PETER'S UNIVERSITY,<br>VILLANOVA UNIVERSITY,<br>UNIVERSITY OF DELAWARE,<br>PENNSYLVANIA STATE UNIVERSITY,<br>UNIVERSITY OF PENNSYLVANIA,<br>UNIVERSITY OF PITTSBURGH,<br>RUTGERS, STATE UNIVERSITY OF NEW JERSEY, and<br>TEMPLE UNIVERSITY,<br><br>                 Defendants. | **Civil Action No. 19-cv-05230 (JP)** |

## NOTICE OF CONSENT TO JOIN ACTION

      I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

| | | |
|---|---|---|
| Stephanie Kerkeles | Skerkeles1@gmail.com | *Stephanie Kerkeles* (DocuSigned) |
| Print Name | Email Address | Signature |
| 623 Andrew Hill Road | | Sk |
| Address | 403-930-3783 | |
| Arnold, MD 21012 | Phone Number | Date |
| City/State/Zip | | |

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON individually and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools:<br><br>BUCKNELL UNIVERSITY,<br>DREXEL UNIVERSITY,<br>DUQUESNE UNIVERSITY,<br>FAIRLEIGH DICKINSON UNIVERSITY,<br>LA SALLE UNIVERSITY,<br>LAFAYETTE COLLEGE,<br>LEHIGH UNIVERSITY,<br>MONMOUTH UNIVERSITY,<br>PRINCETON UNIVERSITY,<br>RIDER UNIVERSITY,<br>ROBERT MORRIS UNIVERSITY,<br>SETON HALL UNIVERSITY,<br>SAINT FRANCIS UNIVERSITY,<br>SAINT JOSEPH'S UNIVERSITY,<br>SAINT PETER'S UNIVERSITY,<br>VILLANOVA UNIVERSITY,<br>UNIVERSITY OF DELAWARE,<br>PENNSYLVANIA STATE UNIVERSITY,<br>UNIVERSITY OF PENNSYLVANIA,<br>UNIVERSITY OF PITTSBURGH,<br>RUTGERS, STATE UNIVERSITY OF NEW JERSEY, and<br>TEMPLE UNIVERSITY,<br><br>        Defendants. | **Civil Action No. 19-cv-05230 (JP)** |

## NOTICE OF CONSENT TO JOIN ACTION

      I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

| | | |
|---|---|---|
| Nicholas Labella | nlabella@fordham.edu | *Nicholas Labella* (DocuSigned) |
| Print Name | Email Address | Signature |
| 2411 Bathgate Ave | 4804668458 | 12/04/2019 |
| Address | Phone Number | Date |
| Bronx, NY 10458 | | |
| City/State/Zip | | |

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RALPH "TREY" JOHNSON individually and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools:<br><br>BUCKNELL UNIVERSITY,<br>DREXEL UNIVERSITY,<br>DUQUESNE UNIVERSITY,<br>FAIRLEIGH DICKINSON UNIVERSITY,<br>LA SALLE UNIVERSITY,<br>LAFAYETTE COLLEGE,<br>LEHIGH UNIVERSITY,<br>MONMOUTH UNIVERSITY,<br>PRINCETON UNIVERSITY,<br>RIDER UNIVERSITY,<br>ROBERT MORRIS UNIVERSITY,<br>SETON HALL UNIVERSITY,<br>SAINT FRANCIS UNIVERSITY,<br>SAINT JOSEPH'S UNIVERSITY,<br>SAINT PETER'S UNIVERSITY,<br>VILLANOVA UNIVERSITY,<br>UNIVERSITY OF DELAWARE,<br>PENNSYLVANIA STATE UNIVERSITY,<br>UNIVERSITY OF PENNSYLVANIA,<br>UNIVERSITY OF PITTSBURGH,<br>RUTGERS, STATE UNIVERSITY OF NEW JERSEY, and<br>TEMPLE UNIVERSITY,<br><br>        Defendants. | **Civil Action No. 19-cv-05230 (JP)** |

## NOTICE OF CONSENT TO JOIN ACTION

      I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages.  I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit.  I also designate Wigdor LLP to be my counsel.  I understand that Wigdor LLP is representing the plaintiff on a contingency basis.  I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

| | | |
|---|---|---|
| Claudia Ruiz | Claudiamichelle225@gmail.com | *Claudia Ruiz* (DocuSigned, 7F9FDF745EC94AA...) |
| Print Name | Email Address | Signature |
| 72 Todd Drive North | | |
| Address | | |
| | 516-555-1553 | 11/15/2019 |
| Glen Head, NY 11545 | Phone Number | Date |
| City/State/Zip | | |

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools:<br><br>BUCKNELL UNIVERSITY,<br>DREXEL UNIVERSITY,<br>DUQUESNE UNIVERSITY,<br>FAIRLEIGH DICKINSON UNIVERSITY,<br>LA SALLE UNIVERSITY,<br>LAFAYETTE COLLEGE,<br>LEHIGH UNIVERSITY,<br>MONMOUTH UNIVERSITY,<br>PRINCETON UNIVERSITY,<br>RIDER UNIVERSITY,<br>ROBERT MORRIS UNIVERSITY,<br>SETON HALL UNIVERSITY,<br>SAINT FRANCIS UNIVERSITY,<br>SAINT JOSEPH'S UNIVERSITY,<br>SAINT PETER'S UNIVERSITY,<br>VILLANOVA UNIVERSITY,<br>UNIVERSITY OF DELAWARE,<br>PENNSYLVANIA STATE UNIVERSITY,<br>UNIVERSITY OF PENNSYLVANIA,<br>UNIVERSITY OF PITTSBURGH,<br>RUTGERS, STATE UNIVERSITY OF NEW JERSEY, and<br>TEMPLE UNIVERSITY,<br><br>Defendants. | **Civil Action No. 19-cv-05230 (JP)** |

Case 2:19-cv-05230-JP Document 67-1 Filed 09/23/21 Page 10 of 12

## NOTICE OF CONSENT TO JOIN ACTION

      I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Jacob Willebeek-LeMair
        Print Name

102 Knoll Road
        Address

Ithaca, NY 14850
        City/State/Zip

Jaw482@cornell.edu
        Email Address

512-484-0812
        Phone Number

*Jacob Willebeek-LeMair*
        Signature

11/09/2019
        Date

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON individually and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools:<br><br>BUCKNELL UNIVERSITY,<br>DREXEL UNIVERSITY,<br>DUQUESNE UNIVERSITY,<br>FAIRLEIGH DICKINSON UNIVERSITY,<br>LA SALLE UNIVERSITY,<br>LAFAYETTE COLLEGE,<br>LEHIGH UNIVERSITY,<br>MONMOUTH UNIVERSITY,<br>PRINCETON UNIVERSITY,<br>RIDER UNIVERSITY,<br>ROBERT MORRIS UNIVERSITY,<br>SETON HALL UNIVERSITY,<br>SAINT FRANCIS UNIVERSITY,<br>SAINT JOSEPH'S UNIVERSITY,<br>SAINT PETER'S UNIVERSITY,<br>VILLANOVA UNIVERSITY,<br>UNIVERSITY OF DELAWARE,<br>PENNSYLVANIA STATE UNIVERSITY,<br>UNIVERSITY OF PENNSYLVANIA,<br>UNIVERSITY OF PITTSBURGH,<br>RUTGERS, STATE UNIVERSITY OF NEW JERSEY, and<br>TEMPLE UNIVERSITY,<br><br>        Defendants. | **Civil Action No. 19-cv-05230 (JP)** |

## NOTICE OF CONSENT TO JOIN ACTION

      I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Alexa Cooke
Print Name

Alexacooke2@gmail.com
Email Address

Signature (DocuSigned by: 9163DD0ADCBC4C2...)

615 West Monroe Street
Address

480-392-3444
Phone Number

12/04/2019
Date

Easton, PA 18042
City/State/Zip

2