Exhibit B

## <u>NOTICE OF CONSENT TO JOIN ACTION</u>

I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Rhesa Foster
_____
Print Name

Rhesafoster11@gmail.com
_____
Email Address

DocuSigned by:

*Rhesa Foster*
045263FFCFFB43D...
_____
Signature

1806 North Dara Avenue,
_____
Address

559-417-1765_
_____
Phone Number

08/04/2021
_____
Date

Clovis, CA 93619
_____
City/State/Zip

2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON individually and on behalf of all persons similarly situated, | |
| Plaintiff, | **Civil Action No. 19-cv-05230 (JP)** |
| v. | |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools: | |
| BUCKNELL UNIVERSITY, DREXEL UNIVERSITY, DUQUESNE UNIVERSITY, FAIRLEIGH DICKINSON UNIVERSITY, LA SALLE UNIVERSITY, LAFAYETTE COLLEGE, LEHIGH UNIVERSITY, MONMOUTH UNIVERSITY, PRINCETON UNIVERSITY, RIDER UNIVERSITY, ROBERT MORRIS UNIVERSITY, SETON HALL UNIVERSITY, SAINT FRANCIS UNIVERSITY, SAINT JOSEPH'S UNIVERSITY, SAINT PETER'S UNIVERSITY, VILLANOVA UNIVERSITY, UNIVERSITY OF DELAWARE, PENNSYLVANIA STATE UNIVERSITY, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF PITTSBURGH, RUTGERS, STATE UNIVERSITY OF NEW JERSEY, and TEMPLE UNIVERSITY, | |
| Defendants. | |

## <u>NOTICE OF CONSENT TO JOIN ACTION</u>

      I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages.  I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit.  I also designate Wigdor LLP to be my counsel.  I understand that Wigdor LLP is representing the plaintiff on a contingency basis.  I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Laura Hamilton
_____
Print Name

223 E 12th Street, _____
Address

New York, NY 10003
_____
City/State/Zip

Laurahamilton224@gmail.com
Email Address

352-476-1478
_____
Phone Number

DocuSigned by:
_Laura Hamilton_
5DEEDD7ACE3E490...
Signature

07/17/2021
_____
Date

2

DocuSign Envelope ID: E3605613-D4B2-4A66-823A-06FD2518CA56

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RALPH "TREY" JOHNSON individually and on behalf of all persons similarly situated, | **Civil Action No. 19-cv-05230 (JP)** |
| Plaintiff, | |
| v. | |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools: | |
| BUCKNELL UNIVERSITY, DREXEL UNIVERSITY, DUQUESNE UNIVERSITY, FAIRLEIGH DICKINSON UNIVERSITY, LA SALLE UNIVERSITY, LAFAYETTE COLLEGE, LEHIGH UNIVERSITY, MONMOUTH UNIVERSITY, PRINCETON UNIVERSITY, RIDER UNIVERSITY, ROBERT MORRIS UNIVERSITY, SETON HALL UNIVERSITY, SAINT FRANCIS UNIVERSITY, SAINT JOSEPH'S UNIVERSITY, SAINT PETER'S UNIVERSITY, VILLANOVA UNIVERSITY, UNIVERSITY OF DELAWARE, PENNSYLVANIA STATE UNIVERSITY, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF PITTSBURGH, RUTGERS, STATE UNIVERSITY OF NEW JERSEY, and TEMPLE UNIVERSITY, | |
| Defendants. | |

## <u>NOTICE OF CONSENT TO JOIN ACTION</u>

       I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Zachary Harris\
      Print Name

Zpharris35@gmail.com\
      Email Address

Signature

9 Muirsield Place\
      Address

504-535-3923\
      Phone Number

07/21/2021\
      Date

New Orleans, LA 70131\
      City/State/Zip

DocuSign Envelope ID: 3A4D2AE6-D947-4F3A-8A9F-AF31729E7B2E

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

RALPH "TREY" JOHNSON
individually and on behalf of all persons
similarly situated,

                      Plaintiff,

    v.

THE NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, a/k/a the NCAA, and the
following NCAA Division I Member Schools
as representatives of a Defendant Class of
all private and semi-public NCAA Division I
Member Schools:

BUCKNELL UNIVERSITY,
DREXEL UNIVERSITY,
DUQUESNE UNIVERSITY,
FAIRLEIGH DICKINSON UNIVERSITY,
LA SALLE UNIVERSITY,
LAFAYETTE COLLEGE,
LEHIGH UNIVERSITY,
MONMOUTH UNIVERSITY,
PRINCETON UNIVERSITY,
RIDER UNIVERSITY,
ROBERT MORRIS UNIVERSITY,
SETON HALL UNIVERSITY,
SAINT FRANCIS UNIVERSITY,
SAINT JOSEPH'S UNIVERSITY,
SAINT PETER'S UNIVERSITY,
VILLANOVA UNIVERSITY,
UNIVERSITY OF DELAWARE,
PENNSYLVANIA STATE UNIVERSITY,
UNIVERSITY OF PENNSYLVANIA,
UNIVERSITY OF PITTSBURGH,
RUTGERS, STATE UNIVERSITY OF
NEW JERSEY, and
TEMPLE UNIVERSITY,

                      Defendants.

**Civil Action No. 19-cv-05230 (JP)**

## <u>NOTICE OF CONSENT TO JOIN ACTION</u>

I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Matthew Schmidt_____
Print Name

520 N. Kingsbury St.____
Address

Chicago, IL 60654_____
City/State/Zip

Mwschmidt2016@gmail.com
Email Address

614-940-0819_____
Phone Number

DocuSigned by:
*Matthew Schmidt*
6AFE1A1FFDAC4A1...
Signature

07/16/2021
Date

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

RALPH "TREY" JOHNSON
individually and on behalf of all persons
similarly situated,

                            Plaintiff,

     v.

THE NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, a/k/a the NCAA, and the
following NCAA Division I Member Schools
as representatives of a Defendant Class of
all private and semi-public NCAA Division I
Member Schools:

BUCKNELL UNIVERSITY,
DREXEL UNIVERSITY,
DUQUESNE UNIVERSITY,
FAIRLEIGH DICKINSON UNIVERSITY,
LA SALLE UNIVERSITY,
LAFAYETTE COLLEGE,
LEHIGH UNIVERSITY,
MONMOUTH UNIVERSITY,
PRINCETON UNIVERSITY,
RIDER UNIVERSITY,
ROBERT MORRIS UNIVERSITY,
SETON HALL UNIVERSITY,
SAINT FRANCIS UNIVERSITY,
SAINT JOSEPH'S UNIVERSITY,
SAINT PETER'S UNIVERSITY,
VILLANOVA UNIVERSITY,
UNIVERSITY OF DELAWARE,
PENNSYLVANIA STATE UNIVERSITY,
UNIVERSITY OF PENNSYLVANIA,
UNIVERSITY OF PITTSBURGH,
RUTGERS, STATE UNIVERSITY OF
NEW JERSEY, and
TEMPLE UNIVERSITY,

                            Defendants.

**Civil Action No. 19-cv-05230 (JP)**

DocuSign Envelope ID: 17B2CE49-B0DF-4717-A029-366051E10832

## NOTICE OF CONSENT TO JOIN ACTION

I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages.  I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit.  I also designate Wigdor LLP to be my counsel.  I understand that Wigdor LLP is representing the plaintiff on a contingency basis.  I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Tamara Schoen_____
        Print Name

tamararoseschoen@gmail.com
        Email Address

DocuSigned by:
*Tamara Schoen*
E037D88231E04F1...
        Signature

8 Biltmore Estate, Unit 209___
        Address

480-686-7772_____
        Phone Number

07/28/2021
        Date

Phoenix, AZ 85016_____
        City/State/Zip

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

RALPH "TREY" JOHNSON
individually and on behalf of all persons
similarly situated,

                           Plaintiff,

    v.

THE NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, a/k/a the NCAA, and the
following NCAA Division I Member Schools
as representatives of a Defendant Class of
all private and semi-public NCAA Division I
Member Schools:

BUCKNELL UNIVERSITY,
DREXEL UNIVERSITY,
DUQUESNE UNIVERSITY,
FAIRLEIGH DICKINSON UNIVERSITY,
LA SALLE UNIVERSITY,
LAFAYETTE COLLEGE,
LEHIGH UNIVERSITY,
MONMOUTH UNIVERSITY,
PRINCETON UNIVERSITY,
RIDER UNIVERSITY,
ROBERT MORRIS UNIVERSITY,
SETON HALL UNIVERSITY,
SAINT FRANCIS UNIVERSITY,
SAINT JOSEPH'S UNIVERSITY,
SAINT PETER'S UNIVERSITY,
VILLANOVA UNIVERSITY,
UNIVERSITY OF DELAWARE,
PENNSYLVANIA STATE UNIVERSITY,
UNIVERSITY OF PENNSYLVANIA,
UNIVERSITY OF PITTSBURGH,
RUTGERS, STATE UNIVERSITY OF
NEW JERSEY, and
TEMPLE UNIVERSITY,

                           Defendants.

**Civil Action No. 19-cv-05230 (JP)**

## NOTICE OF CONSENT TO JOIN ACTION

   I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Gina Snyder_____
    Print Name

3631 University Blvd, Unit 4104
    Address

Jacksonville, FL 32277_____
    City/State/Zip

  Grsnyder34@gmail.com
    Email Address

  520-227-0075_____
    Phone Number

DocuSigned by:

8D45CD1D9070490...
    Signature

08/10/2021

    Date

DocuSign Envelope ID: 2101D270-B8B1-4E00-B349-88249302600

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

RALPH "TREY" JOHNSON
individually and on behalf of all persons
similarly situated,

      Plaintiff,

 v.

THE NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, a/k/a the NCAA, and the
following NCAA Division I Member Schools
as representatives of a Defendant Class of
all private and semi-public NCAA Division I
Member Schools:

BUCKNELL UNIVERSITY,
DREXEL UNIVERSITY,
DUQUESNE UNIVERSITY,
FAIRLEIGH DICKINSON UNIVERSITY,
LA SALLE UNIVERSITY,
LAFAYETTE COLLEGE,
LEHIGH UNIVERSITY,
MONMOUTH UNIVERSITY,
PRINCETON UNIVERSITY,
RIDER UNIVERSITY,
ROBERT MORRIS UNIVERSITY,
SETON HALL UNIVERSITY,
SAINT FRANCIS UNIVERSITY,
SAINT JOSEPH'S UNIVERSITY,
SAINT PETER'S UNIVERSITY,
VILLANOVA UNIVERSITY,
UNIVERSITY OF DELAWARE,
PENNSYLVANIA STATE UNIVERSITY,
UNIVERSITY OF PENNSYLVANIA,
UNIVERSITY OF PITTSBURGH,
RUTGERS, STATE UNIVERSITY OF
NEW JERSEY, and
TEMPLE UNIVERSITY,

      Defendants.

**Civil Action No. 19-cv-05230 (JP)**

## <u>NOTICE OF CONSENT TO JOIN ACTION</u>

      I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages.  I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit.  I also designate Wigdor LLP to be my counsel.  I understand that Wigdor LLP is representing the plaintiff on a contingency basis.  I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Esteban Suarez
      Print Name

546 Kendall Avenue
      Address

Los Angeles, CA 90042
      City/State/Zip

esuarez@clairemusic.com
      Email Address

626-710-6437
      Phone Number

DocuSigned by:

*Esteban Suarez*
D33EA5E559664E3...
      Signature

07/16/2021
      Date

2

DocuSign Envelope ID: CBA84D21-BF4A-4CC6-AE82-A382ED9C5AC1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RALPH "TREY" JOHNSON individually and on behalf of all persons similarly situated, <br><br>        Plaintiff, <br><br>   v. <br><br> THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools: <br><br> BUCKNELL UNIVERSITY, <br> DREXEL UNIVERSITY, <br> DUQUESNE UNIVERSITY, <br> FAIRLEIGH DICKINSON UNIVERSITY, <br> LA SALLE UNIVERSITY, <br> LAFAYETTE COLLEGE, <br> LEHIGH UNIVERSITY, <br> MONMOUTH UNIVERSITY, <br> PRINCETON UNIVERSITY, <br> RIDER UNIVERSITY, <br> ROBERT MORRIS UNIVERSITY, <br> SETON HALL UNIVERSITY, <br> SAINT FRANCIS UNIVERSITY, <br> SAINT JOSEPH'S UNIVERSITY, <br> SAINT PETER'S UNIVERSITY, <br> VILLANOVA UNIVERSITY, <br> UNIVERSITY OF DELAWARE, <br> PENNSYLVANIA STATE UNIVERSITY, <br> UNIVERSITY OF PENNSYLVANIA, <br> UNIVERSITY OF PITTSBURGH, <br> RUTGERS, STATE UNIVERSITY OF NEW JERSEY, and <br> TEMPLE UNIVERSITY, <br><br>        Defendants. | **Civil Action No. 19-cv-05230 (JP)** |

## <u>NOTICE OF CONSENT TO JOIN ACTION</u>

      I hereby consent to join the above-captioned matter seeking monetary damages and other relief that may be appropriate for alleged violations of the Fair Labor Standards Act, a federal law designed to ensure that employees are paid appropriate minimum and overtime wages. I hereby designate the named plaintiff as my agent to make decisions on my behalf concerning the lawsuit, the methods and manner of conducting the lawsuit, entering into any agreements with the named plaintiff's counsel concerning attorneys' fees and costs, entering into a settlement agreement, and all other matter pertaining to this lawsuit. I also designate Wigdor LLP to be my counsel. I understand that Wigdor LLP is representing the plaintiff on a contingency basis. I understand that by filing this Notice of Consent form, I will be bound by the judgment of the Court on all issues in the case.

Liam Walsh
<u>                     </u>
      Print Name

<u>47 Sweetgum Lane,    </u>
      Address

<u>Miller Place, NY 11764</u>
      City/State/Zip

<u>Walshjliam1@gmail.com</u>
      Email Address

<u>631-574-7160      </u>
      Phone Number

DocuSigned by:

—1BA668C695334A7...
Signature

07/20/2021
Date