Exhibit C

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**
700 W. Washington Street
Indianapolis, IN 46206-6222

**CORNELL UNIVERSITY**
Ithaca, NY 14850

**DREXEL UNIVERSITY**
3141 Chestnut Street
Philadelphia, PA 19104

**FORDHAM UNIVERSITY**
Bronx, NY 10458

**LAFAYETTE COLLEGE**
730 High Street
Easton, PA 18042

**SACRED HEART UNIVERSITY**
5151 Park Avenue
Fairfield, CT 06825

**VILLANOVA UNIVERSITY**
800 E Lancaster Avenue
Villanova, PA 19085

**UNIVERSITY OF PENNSYLVANIA**
Philadelphia, PA 19104

**UNIVERSITY OF OREGON**
1585 E 13th Avenue
Eugene, Oregon 97403

**TULANE UNIVERSITY**
6823 St Charles Avenue
New Orleans, LA 70118

**UNIVERSITY OF NOTRE DAME**
Notre Dame, IN 46556

**UNIVERSITY OF ARIZONA**
Tucson, AZ 85721

**PURDUE UNIVERSITY**
610 Purdue Mall
West Lafayette, IN 47907

**DUKE UNIVERSITY**
Durham, NC 27708

**MARIST COLLEGE**
3399 N Road
Poughkeepsie, NY 12601