

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

September 23, 2021

<u>**VIA ECF**</u>

The Honorable John R. Padova
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:     Johnson, et al. v. National Collegiate Athletic Association, et al.;
               <u>Civil Action No.: 19-cv-5230 (JRP)</u>

Dear Judge Padova:

Pursuant to the Order dated September 20, 2021, we have filed the Second Amended Complaint.

Pursuant to the Order yesterday, dated September 22, 2021, we removed all of the Non-Attended Schools as named Defendants.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully Submitted,

Michael J. Willemin

cc:     Counsel of Record (*via* ECF)