# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

October 13, 2021

**VIA ECF**

The Honorable John R. Padova
17613 U.S. Courthouse, Courtroom 17-B
601 Market Street
Philadelphia, PA 19106

      Re:    Johnson, *et al.* v. The National Collegiate Athletic Association, a/k/a the NCAA., *et al*.: Civil Case No. 2:19-cv-5230 (JP)

Dear Judge Padova:

We represent Plaintiffs in the above referenced case and are filing the attached motion papers in support of Plaintiffs' Second Motion for Conditional Certification. In light of the Court's ruling on the motion to dismiss filed by the NCAA and the Non-Attended schools dismissing the Non-Attended Schools from this case, Plaintiffs and Defendants have met and conferred and Plaintiffs have agreed to withdraw their previous motion for conditional certification and replace it with the instant motion. As the Court will see, Plaintiffs have removed the Non-Attended Schools from the case and from the collective action procedures.

We thank Your Honor for Your time and attention in this matter.

Respectfully submitted,

Michael J. Willemin

Encl.

cc:    Counsel of Record (*via* ECF)