UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON, <br> STEPHANIE KERKELES, <br> NICHOLAS LABELLA, <br> CLAUDIA RUIZ, <br> JACOB WILLEBEEK-LEMAIR, <br> ALEXA COOKE, <br> RHESA FOSTER, <br> LAURA HAMILTON, <br> ZACHARY HARRIS, <br> MATTHEW SCHMIDT, <br> TAMARA SCHOEN, <br> GINA SNYDER, <br> ESTEBAN SUAREZ and <br> LIAM WALSH, <br> individually and on behalf of all persons similarly situated, <br><br>                    Plaintiffs, <br><br>    v. <br><br> THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, and the following NCAA Division I Member Schools as representatives of a Defendant Class of all private and semi-public NCAA Division I Member Schools:[1] <br><br> CORNELL UNIVERSITY, <br> DREXEL UNIVERSITY, <br> FORDHAM UNIVERSITY, <br> LAFAYETTE COLLEGE, <br> SACRED HEART UNIVERSITY, <br> VILLANOVA UNIVERSITY, <br> UNIVERSITY OF PENNSYLVANIA, <br> UNIVERSITY OF OREGON, <br> TULANE UNIVERSITY, <br> UNIVERSITY OF NOTRE DAME, <br> UNIVERSITY OF ARIZONA, <br> PURDUE UNIVERSITY, | Civil Action No. 19-cv-5230 (JP) <br><br> **NOTICE OF MOTION** |

---

[1] NCAA Division I Member Schools are sued in their respective incorporated name and/or in the name of their respective Board of Regents, Board of Trustees or governing body.

DUKE UNIVERSITY and
MARIST COLLEGE
                    Defendants.

**PLEASE TAKE NOTICE** that pursuant to 29 U.S.C. § 216(b), Plaintiffs Ralph "Trey" Johnson, Stephanie Kerkeles, Nicholas Labella, Claudia Ruiz, Jacob Willebeek-Lemair, Alexa Cooke, Rhesa Foster, Laura Hamilton, Zachary Harris, Matthew Schmidt, Tamara Schoen, Gina Snyder, Esteban Suarez and Liam Walsh (together, "Plaintiffs"), on behalf of themselves individually and on behalf of all similarly-situated persons, respectfully move this court, for the reasons set forth in accompanying memorandum of law and in the exhibits attached to the Declaration of Michael J. Willemin, for an order: (1) granting conditional certification of their claims under the Fair Labor Standards Act; (2) approving Court-facilitated notice of this action to similarly-situated persons; (3) expediting disclosure by Defendants to Plaintiffs of the identity and contact information of all similarly-situated persons; and (4) awarding Plaintiffs such other and further relief that the Court seems just and proper.

Pursuant to E.D. Pa. Local Rule 7.1(f), Plaintiffs respectfully request an oral argument on this motion.

Dated: October 13, 2021
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
Michael J. Willemin (Admitted *Pro Hac Vice*)
Renan F. Varghese (Admitted *Pro Hac Vice*)

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
mwillemin@wigdorlaw.com
rvarghese@wigdorlaw.com

AND

s/   Paul L. McDonald

Paul L. McDonald
P L MCDONALD LAW LLC
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
Telephone:   (267) 238-3835
Facsimile:    (267) 238-3801
Email:          paul@plmcdonaldlaw.com

*Counsel for Plaintiffs and*
*Proposed Counsel for the Members of*
*the Proposed FLSA Collective,*
*the Proposed Pennsylvania Class,*
*the Proposed New York Class,*
*the Proposed Connecticut Class,*
*the Proposed North Carolina Class,*
*the Proposed Oregon Class,*
*the Proposed Louisiana Class,*
*the Proposed Arizona Class, and*
*the Proposed Indiana Class.*