IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH "TREY" JOHNSON, ET AL., individually and on behalf of all persons similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| NATONAL COLLEGIATE ATHLETIC ASSOCIATION, ET AL. | : : | NO. 19-5230 |

## ORDER

**AND NOW**, this 18th day of October, 2021, **IT IS HEREBY ORDERED** that the "Notice of Motion and Motion of the Attended Schools to Certify Interlocutory Appeal of [the] Ruling Denying Their Motion to Dismiss" (Docket No. 66) is **DISMISSED AS MOOT**.[1]

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.

---

[1] The Attended Schools Defendants filed a "Corrected Notice of Motion and Motion . . . to Certify Interlocutory Appeal of Ruling Denying Their Motion to Dismiss" on September 29, 2021. Their original Notice of Motion and Motion to Certify Interlocutory Appeal is, accordingly, dismissed as moot.