IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH "TREY" JOHNSON, ET AL., | : | CIVIL ACTION |
| individually and on behalf of all persons | : | |
| similarly situated | : | |
| | : | |
| v. | : | |
| | : | |
| NATONAL COLLEGIATE ATHLETIC | : | |
| ASSOCIATION, ET AL. | : | NO.  19-5230 |

## <u>ORDER</u>

**AND NOW**, this 18th day of October, 2021, upon agreement of the parties and Plaintiffs

having filed a Second Motion for "Conditional Certification Pursuant to the Fair Labor Standards

Act" (Docket No. 74), **IT IS HEREBY ORDERED** that Plaintiffs' "Motion for Conditional

Certification Pursuant to the Fair Labor Standards Act" (Docket No. 31) is **WITHDRAWN**.[1]


BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.


[1] The parties have agreed that Plaintiffs should withdraw their original Motion for Conditional Certification Pursuant to the Fair Labor Standards Act and replace it with the Second Motion for Conditional Certification Pursuant to the Fair Labor Standards Act.  (<u>See</u> Letter dated October 13, 2021 (Docket No. 73).)