IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH "TREY" JOHNSON, ET AL., individually and on behalf of all persons similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| NATONAL COLLEGIATE ATHLETIC ASSOCIATION, ET AL. | : : | NO.  19-5230 |

**TAKE NOTICE** that the above-entitled case has been set for a **TELEPHONE STATUS CONFERENCE** on **October 22, 2021** at **11:00 a.m.** before the Honorable John R. Padova.

Very truly yours,

_____/s/ Malissa Wolenski_____
Malissa Wolenski
Deputy Clerk