UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
215-597-1178

October 25, 2021

**NOTICE OF ORAL ARGUMENT:**

RE:   19-CV-5230
      JOHNSON v. THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ET AL

Dear Counsel:

Please be advised that Oral Argument on the Motion of the Attended Schools to Certify Interlocutory Appeal of Ruling Denying their Motion to Dismiss (Doc. No. 69) and the Motion of the NCAA to Certify Interlocutory Appeal of Ruling Denying its Motion to Dismiss (Doc. No. 72) are scheduled for **November 4, 2021 at 11:00 a.m.** in Courtroom 17B, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.
.

Very truly yours,

/s/ Malissa Wolenski
Malissa Wolenski
Deputy Clerk