IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH "TREY" JOHNSON, ET AL., individually and on behalf of all persons similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| NATONAL COLLEGIATE ATHLETIC ASSOCIATION, ET AL. | : : | NO. 19-5230 |

## ORDER

**AND NOW**, this 26th day of October, 2021, upon consideration of Defendants' letter request that we set a date for their response to Plaintiffs' Second Motion for Conditional Certification and Notice (Docket No. 74) and the telephone conference held with counsel on October 22, 2021, **IT IS HEREBY ORDERED** that Defendants shall file their response to Plaintiffs' Second Motion for Conditional Certification and Notice no later than thirty (30) days after this Court rules on the "Corrected Notice of Motion and Motion of the Attended Schools to Certify Interlocutory Appeal of [the] Ruling Denying Their Motion to Dismiss" (Docket No. 69) and the "Motion of the NCAA to Certify Interlocutory Appeal of [the] Ruling Denying its Motion to Dismiss" (Docket No. 72).

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.