UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON, *et al.*, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, *et al.*,<br><br>Defendants. | Civil Action No. 2:19-cv-05230-JP<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Defendants filed a Petition for Interlocutory Appeal before the Third Circuit on January 7, 2022, following this Court's certification of an interlocutory appeal (ECF 97),

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, as follows:

1. No response to the Second Amended Complaint (ECF 67) or the pending Motion for Collective Certification (ECF 74-76) need be filed before the 30th day following entry of an order by the Third Circuit finally ruling on said Petition.

2. This stipulation supersedes all previous order setting earlier deadlines for responding to either the Second Amended Complaint (ECF 67), or the pending Motion for Collective Certification (ECF 74-76), or both.

3. The deadlines set forth in this stipulation apply to all defendants, including any defendants who have not yet appeared in this action or filed a response to any earlier pleading.

| | |
|---|---|
| Dated: January 7, 2022 | Dated: January 7, 2022 |
| s/ Steven B. Katz . | s/ Michael J. Willemin . |
| John E. MacDonald<br>CONSTANGY, BROOKS, SMITH &<br>   PROPHETE, LLP<br>989 Lenox Drive<br>Suite 206 (2nd Floor)<br>Lawrenceville, New Jersey 08648<br>Telephone: (609) 454-0096<br>Facsimile: (609) 844-1102 | Michael J. Willemin<br>   (admitted *pro hac vice*)<br>Renan F. Varghese<br>   (admitted *pro hac vice*)<br>WIGDOR LLP<br>85 Fifth Avenue<br>New York, NY 10003<br>Telephone: (212) 257-6800<br>Facsimile: (212 257-6845 |
| Donald S. Prophete<br>   (admitted *pro hac vice*)<br>CONSTANGY, BROOKS, SMITH &<br>   PROPHETE, LLP<br>2600 Grand Boulevard, Suite 750<br>Kansas City, Missouri 64108-4600<br>Telephone: (816) 472-6400<br>Facsimile: (816) 472-6401 | Paul L. McDonald (PA Bar No. 84856)<br>1800 JFK Boulevard, Suite 300<br>Philadelphia, PA 19103<br>Telephone: (267) 238-3835<br>Facsimile: (267) 238-3801<br><br>*Counsel for Plaintiffs.* |
| Steven B. Katz<br>   (admitted *pro hac vice*)<br>CONSTANGY, BROOKS, SMITH &<br>   PROPHETE, LLP<br>\|2029 Century Park East, Suite 1100<br>Los Angeles, California 90067<br>Telephone: (310) 909-7775<br>Facsimile: (424) 465-6630 | |
| *Counsel for Defendants.* | |

-3-

PURSUANT TO STIPULATION,
IT IS SO ORDERED.


DATED:

                                                                                          _____
                                                                                         HON. JOHN R. PADOVA
                                                                                         UNITED STATES DISTRICT
                                                                                         JUDGE