UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON, et al., individually and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, et al.,<br><br>        Defendants. | Civil Action No. 2:19-cv-05230-JP<br><br>**STIPULATION RE: STAY AND ORDER** |

WHEREAS, the Third Circuit has granted permission to appeal in response to the Court's order granting the Motion and Motion of the Attended Schools to Certify Interlocutory Appeal of Ruling Denying Their Motion to Dismiss (ECF 97),

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that all further proceedings in this case shall be stayed until issuance of the mandate by the Third Circuit in case no. 22-1223.

| | |
|---|---|
| Dated: February 9, 2022 | Dated: February 9, 2022 |
| s/   Steven B. Katz   . | s/   Michael J. Willemin   . |
| Steven B. Katz<br>   (admitted *pro hac vice*)<br>CONSTANGY, BROOKS, SMITH &<br>   PROPHETE, LLP<br>2029 Century Park East, Suite 1100<br>Los Angeles, California 90067<br>Telephone: (310) 909-7775<br>Facsimile: (424) 465-6630 | Michael J. Willemin<br>   (admitted *pro hac vice*)<br>Renan F. Varghese<br>   (admitted *pro hac vice*)<br>WIGDOR LLP<br>85 Fifth Avenue<br>New York, NY 10003<br>Telephone: (212) 257-6800<br>Facsimile: (212 257-6845 |

John E. MacDonald
CONSTANGY, BROOKS, SMITH &
   PROPHETE, LLP
989 Lenox Drive
Suite 206 (2nd Floor)
Lawrenceville, New Jersey 08648
Telephone: (609) 454-0096
Facsimile: (609) 844-1102

Donald S. Prophete
   (admitted *pro hac vice*)
CONSTANGY, BROOKS, SMITH &
   PROPHETE, LLP
2600 Grand Boulevard, Suite 750
Kansas City, Missouri 64108-4600
Telephone: (816) 472-6400
Facsimile: (816) 472-6401

*Counsel for Defendants.*

Paul L. McDonald (PA Bar No. 84856)
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
Telephone: (267) 238-3835
Facsimile: (267) 238-3801

*Counsel for Plaintiffs.*

**PURSUANT TO STIPULATION,
IT IS SO ORDERED.**

DATED: February 14, 2022

/s/ John R. Padova
_____
HON. JOHN R. PADOVA
UNITED STATES DISTRICT
JUDGE