UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1223
_____

RALPH TREY JOHNSON; CLAUDIA RUIZ;
JACOB WILLEBEEK-LEMAIR; NICHOLAS LABELLA;
ALEXA COOKE, STEPHANIE KERKELES; RHESA FOSTER;
ESTEBAN SUAREZ; ZACHARY HARRIS; LAURA HAMILTON;
MATTHEW SCHMIDT; LIAM WALSH; GINA SNYDER; TAMARA SCHOEN,
Individually and on Behalf of All Persons Similarly Situated

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
also known as the NCAA, and the Following NCAA Division I Member Schools
as Representatives of a Defendant Class of All Private and Semi-Public
NCAA Division I Member Schedules;
DREXEL UNIVERSITY; LAFAYETTE COLLEGE;
VILLANOVA UNIVERSITY; UNIVERSITY OF PENNSYLVANIA;
CORNELL UNIVERSITY; SACRED HEART UNIVERSITY;
FORDHAM UNIVERSITY; UNIVERSITY OF OREGON;
TULANE UNIVERSITY; UNIVERSITY OF ARIZONA;
PURDUE UNIVERSITY; DUKE UNIVERSITY; MARIST COLLEGE


National Collegiate Athletic Association;
Cornell University; Fordham University;
Lafayette College; Sacred Heart University;
Villanova University,
                                             Appellants
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 19-cv-05230)
District Judge: Honorable John R. Padova
_____

Argued: February 15, 2023

Before: RESTREPO, PORTER, and McKEE, *Circuit Judges*

---

JUDGMENT

---

      This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on February 15, 2023.

      On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order the District Court entered on August 25, 2021 is hereby AFFIRMED IN PART, VACATED IN PART, and REMANDED for further proceedings. Costs will not be taxed. All of the above in accordance with the opinion of this Court.

                              ATTEST:

                              s/Patricia S. Dodszuweit
                              Clerk

Dated: July 11, 2024

Certified as a true copy and issued in lieu of a formal mandate on August 2, 2024

Teste: *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**