IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH "TREY" JOHNSON, ET AL., individually and on behalf of all persons similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| NATONAL COLLEGIATE ATHLETIC ASSOCIATION, ET AL. | : : | NO. 19-5230 |

## **ORDER**

**AND NOW**, this 2nd day of August, 2024, in accordance with the Opinion and Judgment of the United States Court of Appeals for the Third Circuit dated July 11, 2024, **IT IS HEREBY ORDERED** that Plaintiffs may file an amended complaint no later than October 2, 2024.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.