IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH "TREY" JOHNSON, ET AL., individually and on behalf of all persons similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| NATONAL COLLEGIATE ATHLETIC ASSOCIATION, ET AL. | : : | NO. 19-5230 |

      **TAKE NOTICE** that the above-entitled case has been set for a **TELEPHONE STATUS CONFERENCE** on **August 28, 2024** at **1:30 p.m.** before the Honorable John R. Padova.

Very truly yours,

     /s/ Malissa Wolenski
Malissa Wolenski
Deputy Clerk