IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:19-cv-05230__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __James P. Cooney, III__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| North Carolina | 1984 | 12140 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Western District North Carolina | 1984 | 12140 |
| Middle District North Carolina | 1995 | 12140 |
| Colorado | 2022 | 12140 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for
Duke University

Jim Cooney III (Digitally signed by Jim Cooney III, Date: 2024.08.28 10:44:22 -04'00')
(Applicant's Signature)

8/28/24
(Date)

Name of Applicant's Firm   Womble Bond Dickinson (US) LLP
Address                    301 S. College Avenue, Charlotte, NC 28202
Telephone Number           (704) 331-4980
Email Address              jim.cooney@wbd-us.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/28/2024
(Date)

Jim Cooney III (Digitally signed by Jim Cooney III, Date: 2024.08.28 10:44:54 -04'00')
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___James P. Cooney, III___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Kevin J. Mangan | *(signature)* | 11/22/1989 | 56507 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Womble Bond Dickinson (US) LLP

1313 N. Market Street, Suite 1200, Wilmington, DE 19801

(302) 252-4361

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/28/24___       ___*(signature)*___
         (Date)                  (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ralph "Trey" Johnson, et al., | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| The National Collegiate Athletic Association, et al., | : | No.: 2:19-cv-05230-JP |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __James P. Cooney, IIIC__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

_Kevin J. Mangan_ (signature)
(Signature of Attorney)

Kevin J. Mangan
(Name of Attorney)

Duke University
(Name of Moving Party)

8/28/24
(Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ralph "Trey" Johnson, et al | : | Civil Action |
| v. | : | |
| The National Collegiate | : | No.: 2:19-cv-05230-JP |

## ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __James P. Cooney, III_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐     GRANTED.[1]

☐     DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.