UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON, *et al.*, individually and on behalf of all persons similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, a/k/a the NCAA, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 19-cv-5230 (JP)<br><br>**STIPULATION AND [PROPOSED] <u>ORDER</u>** |

**WHEREAS** the Plaintiffs and the Defendants met and conferred on August 28, 2024 pursuant to the Honorable John R. Padova's instructions during the Telephonic Scheduling Conference held on that date,

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, that, pursuant to the Court's text order of August 2, 2024, Plaintiffs will file a Third Amended Complaint by November 4, 2024, and Defendants shall have until February 7, 2025 to respond.  Dkt. No. 112.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties that all deadlines to respond to the Second Amended Complaint should be vacated, and no party will have to respond to the Second Amended Complaint.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties that the pending Motion for Conditional Certification should be denied as moot, without prejudice.

| | |
|---|---|
| **P L McDONALD LAW LLC** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| By:/s Paul L. McDonald<br>   Paul L. McDonald (PA Bar No. 84856) | By: /s Steven B. Katz<br>   Steven B. Katz<br>   (Admitted *Pro Hac Vice*) |
| 1800 JFK Boulevard, Suite 300<br>Philadelphia, PA   19103<br>Tel:    (267) 238-3835<br>Fax:    (267) 238-3801<br>paul@plmcdonaldlaw.com | 2029 Century Park East, Suite 1100<br>Los Angeles, CA 90067<br>Telephone:  (310) 909-7775<br>Facsimile:  (424) 465-6630 |
| AND | John E, MacDonald<br>909 Lenox Drive, Suite 206<br>Lawrenceville, NJ 08648<br>Telephone:  (609) 454-0096 |
| **WIGDOR LLP** | Facsimile:  (609) 844-1102 |
| Michael J. Willemin (Admitted *Pro Hac Vice*)<br>William R. Baker (Admitted *Pro Hac Vice*) | |
| 85 Fifth Avenue<br>New York, NY 10003<br>Tel:    (212) 257-6800<br>Fax:    (212) 257-6845<br>mwillemin@wigdorlaw.com<br>wbaker@wigdorlaw.com | Donald S. Prophete (Admitted *Pro Hac Vice*)<br>2600 Grand Boulevard, Suite 750<br>Kansas City, MO 64108<br>Telephone:  (816) 472-6400<br>Facsimile:  (816) 472-6401 |
| *Counsel for Plaintiff and Proposed Counsel for the Members of the Proposed FLSA Collective, the Proposed Pennsylvania Class, the Proposed New York Class and the Proposed Connecticut Class* | *Counsel for Defendants National Collegiate Athletic Association, Drexel University, Fordham University, Lafayette College, Marist College, Sacred Heart University, University of Pennsylvania and Villanova University.* |
| Dated: September 19, 2024 | Dated: September 19, 2024 |
| **JACKSON LEWIS P.C.** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| By:  /s Marla N. Presley<br>   Marla N. Presley (PA Bar No. 91020) | By:  /s Nathan J. Oleson<br>   Nathan J. Oleson<br>   (Admitted *Pro Hac Vice*) |
| 1001 Liberty Ave #1000<br>Pittsburgh, PA 15222<br>Tel: (412) 338-5148<br>Fax: (412) 232-3441 | 2001 K St. NW<br>Washington, DC 20006 |

<table>
<tr><td>

marla.presley@jacksonlewis.com

*Counsel for Defendant University of Arizona*

**WOMBLE BOND DICKINSON (US) LLP**

By: /s James P. Cooney
      James P. Cooney
      (Admitted *Pro Hac Vice*)

301 S. College Avenue
Charlotte, NC 28202
Tel:  (704) 331-4980
Fax:  (704) 338-7838
jim.cooney@wbd-us.com

*Counsel for Defendant Duke University*

**STUART & BRANIGIN LLP**

By: /s Trenten Klingerman
      Trenten Klingerman
      (*Pro Hac Vice* Application Forthcoming)

300 Main St, Suite 900
Lafayette, IN 47901
Tel:  (765) 428-7019
tdk@stuartlaw.com

*Counsel for Defendants Purdue University and University of Oregon*

</td><td>

Tel:  (202) 887-4425
Fax:  (202) 887-4288
noleson@akingump.com

*Counsel for Defendant Cornell University*

**UNIVERSITY OF NOTRE DAME**

By: /s Brandon Roach
      Brandon Roach
      (*Pro Hac Vice* Application Forthcoming)

204Z Main Building
Notre Dame, IN 46556
Tel:  (574) 631-9261

broach@nd.edu

*Counsel for Defendant Notre Dame University*

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s John L. Lamb
      John L. Lamb

Two Liberty Place
50 South 16th Street, Suite 3200
Philadephia, PA 19102
Tel:  (215) 665-5354
Fax:  (215) 665-8760
john.lamb@bipc.ocm

*Counsel for Defendant Tulane University*

</td></tr>
</table>

**SO ORDERED.**

Dated: _____

                                                                    _____
                                                                       Hon. Jon R. Padova