IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Johnson, *et al* | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| The National Collegiate Athletic Association, *et al.* | : | No.: 2-19-cv-05230-JP |

ORDER

AND NOW, this 25th day of November 20 24, it is hereby

ORDERED that the application of Katelynn M. Williams, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[x]   GRANTED.[1]

[ ]   DENIED.

/s/ John R. Padova
John R. Padova                              , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.