IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Johnson, et al., | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| The National Collegiate | : | No.: 2:19-cv-05230-JP |

ORDER

AND NOW, this  25th  day of  November  20 24 , it is hereby

ORDERED that the application of  Jonathan L. Israel _____ , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[x]   GRANTED.[1]

[ ]   DENIED.

/s/ John R. Padova
John R. Padova                        , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.