IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Johnson, et al., | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| The National Collegiate | : | No.: 2:19-cv-05230-JP |

ORDER

AND NOW, this 25th day of November 20 24 , it is hereby

ORDERED that the application of John R. FitzGerald_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[x]  GRANTED.[1]

[ ]  DENIED.

/s/ John R. Padova
_____
John R. Padova                    , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.