IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RALPH JOHNSON ET AL.           :    Civil Action
                               :
           v.                  :
                               :
THE NATIONAL COLLEGIATE ATHLETIC :  No.:    2 19-CV-5230
ASSOCIATION ET AL.

## ORDER

AND NOW, this 27th day of November, 2024, it is hereby

ORDERED that the application of _____REBECCA SHA_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]    GRANTED.[1]

[ ]    DENIED.

/s/ John R. Padova
_____
John R. Padova                    , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.