IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RALPH JOHNSON ET AL. : Civil Action
:
v. :
:
THE NATIONAL COLLEGIATE ATHLETIC : No.: 2 19-CV-5230
ASSOCIATION ET AL.

ORDER

AND NOW, this 27th day of November 2024, it is hereby

ORDERED that the application of __STEPHANIE POUCHER__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

/s/ John R. Padova
_____
John R. Padova, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.