IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Johnson, et al.                          :        Civil Action
                                         :
                v.                       :
                                         :
NCAA, et al.                             :        No.:  19-cv-5230
                                         :

ORDER

AND NOW, this  22nd   day of        January                20 25 , it is hereby

ORDERED that the application of ___Mark A. Konkel_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

| x |  GRANTED.[1]

|   |  DENIED.

/s/ John R.Padova
_____
John R. Padova                    , J.

_____
[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/
nextgen-cmecf.