IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Johnson, et al.                : Civil Action
                               :
           v.                  :
                               :
NCAA, et al.                   : No.: 19-cv-5230
                               :

ORDER

AND NOW, this 22nd day of January 20 25, it is hereby

ORDERED that the application of Sandra L. Musumeci , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[x] GRANTED.[1]

[ ] DENIED.

/s/ John R. Padova
_____
John R. Padova                , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.