IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ralph "Trey" Johnson, et al | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| The National Collegiate Athletic Association, et al. | : | No.: 2:19-cv-05230-JP |

ORDER

AND NOW, this 23rd day of January, 2025' it it hereby ORDERED that the application of Alison H. Silveira. Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[x]    GRANTED.[1]

[ ]    DENIED.

/s/ John R. Padova
John R. Padova,                    J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:19-cv-05230-JP__

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Alison H. Silveira__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Massachusetts | 11/28/2006 | 666814 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Massachusetts | 4/26/2007 | 666814 |
| Colorado | 10/24/2016 | |
| First Circuit Court of Appeals | 5/1/2007 | 119125 |
| Second Circuit Court of Appeals | 10/18/2023 | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

__/s/ Alison H. Silveira__
(Applicant's Signature)

__01/21/2025__
(Date)

| | |
|---|---|
| Name of Applicant's Firm | Seyfarth Shaw LLP |
| Address | Two Seaport Lane, Suite 1200 Boston, MA 02210 |
| Telephone Number | 617-946-4800 |
| Email Address | asilveira@seyfarth.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/21/2025__          __/s/ Alison H. Silveira__
(Date)                                               (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Alison H. Silveira to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jacob Oslick | /s/ Jacob Oslick | 10/11/2011 | 311028 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Seyfarth Shaw LLP

620 Eighth Avenue, 32nd Floor

New York, New York 10018-1405

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2025                /s/ Jacob Oslick
             (Date)                          (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ralph "Trey" Johnson, et al | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| The National Collegiate Athletic Association, et al. | : | No.: 2:19-cv-05230-JP |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Alison H. Silveira, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

vi the Court's CM/ECF.

/s/ Jacob Oslick
(Signature of Attorney)

Jacob Oslick
(Name of Attorney)

Marist College
(Name of Moving Party)

01/21/2025
(Date)