IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Ralph "Trey" Johnson, et al      :     Civil Action
     :
     v.      :
     :
The National Collegiate Athletic      :     No.: 2:19-cv-05230-JP
Association, et al.

## ORDER

AND NOW, this 23rd day of January, 2025 it it hereby ORDERED that

the application of Naima Stevenson Starks, Esquire, to practice in this court pursuant to

Local Rule of Civil Procedure 83.5.2(b) is

[x]     GRANTED.[1]

[ ]     DENIED.

/s/ John R. Padova
_____
John R. Padova,          J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/ nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-05230-JP

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Alison H. Silveira the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Massachusetts | 11/28/2006 | 666814 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Massachusetts | 4/26/2007 | 666814 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Colorado | 10/24/2016 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| First Circuit Court of Appeals | 5/1/2007 | 119125 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

Second Circuit Court of Appeals    10/18/2023

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    /s/ Alison H. Silveira
(Applicant's Signature)

01/21/2025
(Date)

Name of Applicant's Firm    Seyfarth Shaw LLP

Address    Two Seaport Lane, Suite 1200 Boston, MA 02210

Telephone Number    617-946-4800

Email Address    asilveira@seyfarth.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/21/2025                          /s/ Alison H. Silveira
(Date)                                    (Applicant's Signature)

04/20

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Alison H. Silveira</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Jacob Oslick
_____
(Sponsor's Name)

/s/ Jacob Oslick
_____
(Sponsor's Signature)

10/11/2011
_____
(Admission date)

311028
_____
(Attorney
Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Seyfarth Shaw LLP

620 Eighth Avenue, 32nd Floor

New York, New York 10018-1405

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>January 21, 2025</u>
              (Date)

/s/ Jacob Oslick
_____
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Ralph "Trey" Johnson, et al                      :        Civil Action
                                                 :
                          v.                     :
                                                 :
The National Collegiate                          :
Athletic Association, et al.                      :        No.: 2:19-cv-05230-JP

<u>CERTIFICATE OF SERVICE</u>

I declare under penalty of perjury that a copy of the application of ___Alison H. Silveira___,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

vi the Court's CM/ECF.

_/s/ Jacob Oslick_____
(Signature of Attorney)
Jacob Oslick_____
(Name of Attorney)
Marist College_____
(Name of Moving Party)
01/21/2025_____
(Date)