IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHNSON, et al.  : Civil Action
 :
v. :
 :
NCAA, et al. : No.: 2:19-cv-05230 (JRP)

ORDER

AND NOW, this _____ day of _____ 20 25, it is hereby

ORDERED that the application of __Trenten D. Klingerman_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-05230 (JRP)

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Trenten D. Klingerman the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Indiana | 11/19/2001 | 23033-53 |
| Vermont | 2/6/2024 | 7029 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| ND Indiana | 11/19/2001 | 23033-53 |
| SD Indiana | 11/19/2001 | 23033-53 |
| 7th Circuit | 9/16/2005 | 23033-53 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

03/03/2025
(Date)

Name of Applicant's Firm: Stuart & Branigin LLP
Address: 300 Main Street, Suite 900, P.O. Box 1010, Lafayette, IN 47902
Telephone Number: 765-4231561
Email Address: tdk@stuartlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/03/2025
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Trenten D. Klingerman to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Katelyn M. O'Connor | *Katelyn O'Connor* | 10/21/2010 | **308922** |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Jackson Lewis P.C.

Liberty Center - 1001 Liberty Avenue, Suite 1000, Pittsburgh, PA 15222

412-232-0404

I declare under penalty of perjury that the foregoing is true and correct

Executed on 03/03/2025

(Date)                                                                                        *Katelyn O'Connor*
                                                                                                  (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNSON, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| NCAA, et al. | : | No.: 2:19-cv-05230 (JRP) |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Trenten D. Klingerman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Via ECF

*Katelyn O'Connor*
_____
(Signature of Attorney)

Katelyn M. O'Connor
_____
(Name of Attorney)

University of Arizona
_____
(Name of Moving Party)

03/03/2025
(Date)