**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RALPH "TREY" JOHNSON, STEPHANIE KERKELLES, NICHOLAS LABELLS, CLAUDIA RUIZ, JACOB WILLEBEEK-LEMAIR, ALEXA COOKE, RHESA FOSTER, ZACHARY HARRIS, MATTHEW SCHMIDT, TAMARA SCHOEN STATMAN, GINA SNYDER, ESTEBAN SUAREZ and LIAM WALSH, individually and on behalf of all persons similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE NATIONAL COLLEGITATE ATHELTIC ASSOCIATION, CORNELL UNIVERSITY, FORDHAM UNIVERSITY, LAFAYETTE COLLEGE, SACRED HEART UNIVERSITY, VILLANOVA UNIVERSITY, UNIVERSITY OF OREGON, TULANE UNIVERSITY, UNIVERSITY OF NOTRE DAME, UNIVERSITY OF ARIZONA, PURDUE UNIVERSITY, DUKE UNIVERSITY, and MARIST COLLEGE,<br><br>                              Defendants. | Civil Action No. 19-cv-5230 (JP)<br><br>**DEFENDANT DUKE UNIVERSITY'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT PURSUANT TO RULES 12(b)(2) (Lack of Personal Jurisdiction), 12(b)(3) (Improper Venue), 12(b)(6) (Failure to State a Claim), OR TO TRANSFER (28 U.S.C. §§1404(a) and 1406(a)) AND MOTION TO JOIN** |

Pursuant to Federal Rules of Civil Procedure Rules 12(b)(2), 12(b)(3), 12(b)(6), and 28 U.S.C. §§ 1404(a) and 1406(a), Defendant DUKE UNIVERSITY ("Duke" or "Duke University") hereby respectfully moves this Court to dismiss the above-captioned action or, in the alternative, to transfer the Plaintiff ESTABAN SUAREZ's claims to the U.S. District Court for the Eastern District of North Carolina for the reasons set forth in the accompanying memorandum in support of this motion (the "Motion"). In support of this Motion, the Declaration of Brittany Cain is

attached hereto as **Exhibit A**.

Further, Defendant Duke University hereby respectfully moves this Court for permission to join the arguments for dismissal of the Third Amended Complaint in the forthcoming memorandum in support of the motion to dismiss filed by Defendant National Collegiate Athletic Association ("NCAA").

Finally, pursuant to E.D. Pa. Local R. Civ. Proc. 7.1(f), Defendant Duke University requests oral argument on this motion.

Dated: March 24, 2025                             Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Kevin J. Mangan*
Kevin J. Mangan (PA I.D. No. 56507)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: Kevin.Mangan@wbd-us.com

James P. Cooney III (*pro hac vice*)
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: 704-331-4980
Email: Jim.Cooney@wbd-us.com

*Counsel for Duke University*