# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH "TREY" JOHNSON,<br>STEPHANIE KERKELES,<br>NICHOLAS LABELLA<br>CLAUDIA RUIZ,<br>JACOB WILLEBEEK-LEMAIR,<br>ALEXA COOKE,<br>RHESA FOSTER,<br>ZACHARY HARRIS,<br>MATTHEW SCHMIDT,<br>TAMARA SCHOEN STATMAN,<br>GINA SNYDER,<br>ESTEBAN SUAREZ, and<br>LIAM WALSH,<br>individually and on behalf of all persons<br>similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL COLLEGIATE ATHLETIC<br>ASSOCIATION, a/k/a the NCAA, and the<br>following NCAA Division I Member Schools<br>as representatives of a Defendant Class of all<br>private and semi-public NCAA Division I<br>Member Schools:<br><br>CORNELL UNIVERSITY,<br>FORDHAM UNIVERSITY,<br>LAFAYETTE COLLEGE,<br>SACRED HEART UNIVERSITY,<br>VILLANOVA UNIVERSITY,<br>UNIVERSITY OF OREGON,<br>TULANE UNIVERSITY,<br>UNIVERSITY OF NOTRE DAME,<br>UNIVERSITY OF ARIZONA,<br>PURDUE UNIVERSITY,<br>DUKE UNIVERSITY, and<br>MARIST UNIVERSITY,<br><br>        Defendants. | Case No. 2:19-cv-5230 (JP)<br><br><br>**JOINT STIPULATION<br>AND<br><u>[PROPOSED] ORDER</u>** |

**WHEREAS,** Defendants National Collegiate Athletic Association ("NCAA"), Cornell University, Fordham University, Lafayette College, Sacred Heart University, Villanova University, University of Oregon, Tulane University, University of Notre Dame, University of Arizona, Purdue University, Duke University, and Marist University (collectively, "Defendants") filed motions to dismiss the Third Amended Complaint on March 24, 2025;

**WHEREAS,** the current deadline for Plaintiffs Ralph "Trey" Johnson, Stephanie Kerkeles, Nicholas Labella, Claudia Ruiz, Jacob Willebeek-Lemair, Alexa Cooke, Rhesa Foster, Zachary Harris, Matthew Schmidt, Tamara Schoen Statman, Gina Snyder, Esteban Suarez, and Liam Walsh (collectively, "Plaintiffs," and together with Defendants, the "Parties") to file their responses to Defendants' motions to dismiss is May 23, 2025;

**WHEREAS,** the current deadline for Defendants to file their reply briefs in support of their motions to dismiss is July 7, 2025;

**WHEREAS**, the current deadline for Plaintiffs to file their sur-reply briefs in opposition to Defendants' motions to dismiss is August 6, 2025;

**WHEREAS,** Plaintiffs have requested that Defendants agree to extend the remaining deadlines in the current briefing schedule by forty-five (45) days;

**WHEREAS,** Defendants do not oppose Defendants' requested extensions;[1]

**WHEREAS,** Plaintiffs and Defendants agree that extending the current deadlines in the briefing schedule by forty-five (45) days is desirable for all Parties and would benefit the Court;

---

[1] In joining this stipulation, Defendants expressly preserve all rights, claims, and available defenses. The Parties' joint stipulation does not constitute any Defendant's waiver of any right, claim, or available defense, including any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure.

1

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the Parties, that Plaintiffs' time to oppose Defendants' motions to dismiss is hereby extended up to and including July 7, 2025.  Defendants shall file their reply briefs, if any, on or before August 21, 2025, and Plaintiffs shall file their sur-reply briefs, if any, on or before September 22, 2025.

CORE/3529536.0007/199237125.1

DATED: May 16, 2025

Respectfully submitted,

_____

Michael J. Willemin (admitted *pro hac vice*)
William R. Baker (admitted *pro hac vice*)
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
wbaker@wigdorlaw.com

Paul L. McDonald (Pa. Bar No. 84856)
P L MCDONALD LAW LLC
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
Telephone: (267) 238-3835
Facsimile: (267) 238-3801
paul@plmcdonaldlaw.com

*Counsel for Plaintiffs and*
*Proposed Counsel for the Members of*
*the Proposed FLSA Collective,*
*the Proposed Pennsylvania Class,*
*the Proposed New York Class,*
*the Proposed Connecticut Class,*
*the Proposed North Carolina Class,*
*the Proposed Oregon Class,*
*the Proposed Louisiana Class,*
*the Proposed Arizona Class, and*
*the Proposed Indiana Class*

/s/   Todd A. Noteboom_____

Todd A. Noteboom (Pa. Bar No. 308557)
Tracey Holmes Donesky (admitted *pro hac vice*)
David P. Thoreson (admitted *pro hac vice*)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
todd.noteboom@stinson.com
tracey.donesky@stinson.com
david.thoreson@stinson.com

Naima S. Starks (admitted *pro hac vice*)
STINSON LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (202) 785-9100
naima.starks@stinson.com

Steven B. Katz (admitted *pro hac vice*)
CONSTANGY, BROOKS, SMITH &
PROPHETY, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630
skatz@constangy.com

*Counsel for Defendant National Collegiate*
*Athletic Association*

3

/s/  Alison H. Silveira
Alison H. Silveira (admitted *pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801
asilveira@seyfarth.com

Lilah Wylde (*admitted pro hac vice*)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
lwylde@seyfarth.com

Jacob Oslick (Pa. Bar No. 311028)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
joslick@seyfarth.com

*Counsel for Defendant Marist University*

/s/  Kevin J. Mangan
Kevin J. Mangan (Pa. Bar No. 56507)
WOMBLE BOND DICKINSON LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
kevin.mangagn@wbd-us.com

James P. Cooney III (admitted *pro hac vice*)
WOMBLE BOND DICKINSON LLP
301 South College Street, Suite 3500
Charlotte, NC 28202
Telephone: (704) 331-4980
jim.cooney@wbd-us.com

*Counsel for Defendant Duke University*

/s/  Trenten D. Klingerman
Trenten D. Klingerman (admitted *pro hac vice*)
William P. Kealey (admitted *pro hac vice*)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
tdk@stuartlaw.com
wpk@stuartlaw.com

*Counsel for Defendants Purdue University and University of Oregon*

/s/  Marla N. Presley
Marla N. Presley (Pa. Bar No. 91020)
Katelyn M. O'Connor (Pa. Bar No. 308922)
JACKSON LEWIS P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Telephone: (412) 338-5148
Facsimile: (412) 232-3441
marla.presley@jacksonlewis.com
katie.o'connor@jacksonlewis.com

*Counsel for Defendant University of Arizona*

/s/  Steven W Schlesinger
Steven W Schlesinger (Pa. Bar No. 332869)
Mark A. Konkel (admitted *pro hac vice*)
Sandra L. Musumeci (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
sschlesinger@kelleydrye.com
mkonkel@kelleydrye.com
smusumeci@kelleydrye.com

*Counsel for Defendant Fordham University*

4

/s/ _Julie A. Busta_
Julie A. Busta (Pa. Bar No. 311933)
AKIN GUMP STRAUSS HAUER &
FELD LLP
1735 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 965-1260
Facsimile: (215) 965-1210
jbusta@akingump.com

Anthony T. Pierce (admitted *pro hac vice*)
Katherine I. Heise (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER &
FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
apierce@akingump.com
kheise@akingump.com

Jessica Taub Rosenberg (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER &
FELD LLP
1 Bryant Park, Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
jrosenberg@akingump.com

*Counsel for Defendant Cornell University*

/s/ _Rebecca Sha_
Rebecca Sha (admitted *pro hac vice*)
Stephanie M. Poucher (admitted *pro hac vice*)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
rebecca.sha@phelps.com
stephanie.poucher@phelps.com

John L. Lamb, Esq. (Pa. Bar No. 324291)
Joseph J. Centeno, Esq. (Pa. Bar No. 70902)
BUCHANAN INGERSOLL & ROONEY
PC
Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Telephone: (215) 665-8700
john.lamb@bipc.com
joseph.centeno@bipc.com

*Counsel for Defendant Administrators of the Tulane Educational Fund (Tulane University)*

/s/ _Sean P. Fahey_
Sean P. Fahey (Pa. Bar No. 73305)
Christopher J. Moran (Pa. Bar No. 68142)
Brian R. Ellixson (Pa. Bar No. 319083)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square, 18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
sean.fahey@troutman.com
christopher.moran@troutman.com
brian.ellixson@troutman.com

*Counsel for Defendants Lafayette College, Sacred Heart University, and Villanova University*

CORE/3529536.0007/199237125.1

_/s/   Mark J. Neuberger_
Mark J. Neuberger (Pa. Bar No. 49714)
FOLEY & LARDNER LLP
2 South Biscayne Blvd., Suite 1900
Miami, FL 33131
Telephone: (305) 482-8408
Facsimile: (305) 482-8600
mneuberger@foley.com

Jonathan L. Israel (admitted _pro hac vice_)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10013
Telephone: (212) 338-3610
Facsimile: (212) 687-2329
jisrael@foley.com

_Counsel for Defendant_
_University of Notre Dame du Lac_

6

## <u>ORDER</u>

Pursuant to the above stipulation, **IT IS SO ORDERED.**

Dated: _____

                                           _____
                                           The Honorable John R. Padova
                                           United States District Judge

CORE/3529536.0007/199237125.1