**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RALPH "TREY" JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:19-CV-05230 (JP) |
| | ) | |
| | ) | Honorable John R. Padova |
| v. | ) | |
| | ) | |
| THE NATIONAL COLLEGIATE ATHLETIC | ) | |
| ASSOCIATION a/k/a THE NCAA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE  OF WITHDRAWAL

Please take notice that Trenten D. Klingerman hereby withdraws his appearances as counsel for Defendants Purdue University and University of Oregon in the above-captioned matter.


Date:  June 25, 2026                     Respectfully submitted,

                                          */s/ Trenten D. Klingerman*
                                         Trenten D. Klingerman (Attorney No. 32301-79)
                                         STUART & BRANIGIN LLP
                                         300 Main Street, Suite 900
                                         P.O. Box 1010
                                         Lafayette, IN  47902-1010
                                         Phone:  765.423.1561
                                         Fax:  765.742.8175
                                         Email: tdk@stuartlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2026, a copy of the foregoing **Notice to Withdraw Appearance of Trenten D. Klingerman** was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

 /s/ Trenten D. Klingerman
Trenten D. Klingerman

#3656724